UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-23345-CIV-MORENO**

CYNTHIA M. CUEVAS and ERIK PHILLIPS,

      Plaintiffs,

vs.

LIFEMARK HOSPITALS OF FLORIDA, INC.
d/b/a PALMETTO GENERAL HOSPITAL,

      Defendant.

_____/

CLOSED CIVIL CASE

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Joint Stipulation for Order of Dismissal as to Lifemark Hospitals of Florida, Inc., d/b/a Palmetto General Hospital **(D.E. 30)**, filed **August 27, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs.  Fed. R. Civ. P. 41(a)(1)(ii).  Further, all pending motions are **DENIED** as moot with leave to renew if appropriate.  This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record